UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 MAY 24 PM 1:06

BY _____
CLERK
DEPUTY CLERK

| | |
|---|---|
| JOHN & MARGARET REYNOLDS, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:23-cv-357 |
| SAFECO INSURANCE COMPANY OF AMERICA and LIBERTY MUTUAL GROUP, INC., | ) |
| Defendants. | ) |

### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Rule 41(a)(1)(A(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that this action be dismissed with prejudice as to all claims and causes of action against defendant Liberty Mutual Group, Inc. As between Plaintiffs and defendant Liberty Mutual Group, Inc., each party shall bear their own attorney's fees and costs.

Dated at Burlington, in the District of Vermont, this 24th day of May, 2024.

_____
Geoffrey W. Crawford, Chief Judge
United States District Court